# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:11-cr-00174-PMP-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ALEJANDRO LECHUGA, ) | |
| Defendant. ) | |

This matter comes before the Court on Defendant's *Ex Parte* Motion for Public Funds to Assist in Costs of His Defense (#29), filed on March 28, 2012.

Defendant requests public funds to obtain a private investigator to assist in his defense. Defendant asserts that two of his pleas to misdemeanor prior offenses were conducted without benefit of counsel and an investigator is needed in order to travel to Mesquite, Nevada to determine the details surrounding the plea. Defendant summarily states that he is without funds for which to pay for his defense and that his family retained current counsel.

Defendant previously submitted a financial affidavit to the Court and was appointed counsel from the CJA panel based on his indigence. However, at Defendant's arraignment and plea, current defense counsel appeared on behalf of Defendant and represented to the Court that he was retained for all purposes. Counsel cites no law in support of Defendant's request for public funds when he has a retained attorney. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's *Ex Parte* Motion for Public Funds to Assist in Costs of His Defense (# 29) is **DENIED**.

DATED this 6th day of April, 2012.

1
2
3     _____
      C.W. Hoffman, Jr.
4     UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28