FILED

FEB 11 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:11-cr-174-PMP-CWH |
| ALEJANDRO LECHUGA, ) | |
| Defendant. ) | **ORDER** |
| ) | |

On February 11, 2013, the Court granted Gabriel Grasso, Esq.'s "Motion to Withdraw as Counsel of Record for Defendant" (#47) and ordered new counsel appointed. Therefore;

IT IS HEREBY ORDERED that Jonathan Powell, Esq. is appointed as counsel to represent Alejandro Lechuga in place of the Grabriel Grasso, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Grasso shall forward the file to Mr. Powell forthwith.

DATED this _____ 11/ day of February, 2013.

Nunc Pro Tunc: February 6, 2013.

_____
PHILIP M. PRO
United States District Judge