# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEJANDRO LECHUGA,

    Defendant.

Case No. 2:11-cr-00174-LDG (CWH)

**ORDER**

    The defendant, acting pro se, has unilaterally filed a document captioned as a "Joint Stipulation for a Sentence Reduction Pursuant to 18 U.S.C. §3582(c)(2). (#76).

    The United States moves to strike (#77) the document because the defendant is represented by counsel. A review of the docket confirms that counsel has been appointed to represent the defendant. (The United States further notes that the filed document is an altered version of a document negotiated between the government and counsel for the defendant and which was then sent to the defendant for review.) Accordingly,

    For good cause shown,

    THE COURT **ORDERS** that the United States' Motion to Strike (#77) is GRANTED;

1 THE COURT FURTHER **ORDERS** that the Clerk of the Court shall STRIKE
2 Document #76).
3
4 DATED this __11__ day of February, 2015.
5
6 _____
  Lloyd D. George
  United States District Judge