RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Alejandro Lechuga

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00174-JCM-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| ALEJANDRO LECHUGA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Alejandro Lechuga, that the Revocation Hearing currently scheduled on January 8, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review the provided information, to gather additional evidence for a defense or mitigation, and to properly prepare for the revocation hearing.

2. The defendant is also subject to a state court proceeding that the parties have agreed to allow for it to be resolved prior to proceeding with the revocation hearing.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the Revocation Hearing.

DATED this 15th day of December, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Shaheen Torgoley*<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO LECHUGA,<br><br>    Defendant. | Case No. 2:11-cr-00174-JCM-CWH<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Friday, January 8, 2021 at 10:00 a.m., be vacated and continued to March 10, 2021 at the hour of 10:00 a.m.

  DATED December 16, 2020.

_____
UNITED STATES DISTRICT JUDGE

3