RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ALEJANDRO LECHUGA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Alejandro Lechuga

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00174-JCM-CWH |
| Plaintiff, | **STIPULATION TO DISMISS PETITION TO REVOKE SUPERVISED RELEASE (ECF NO. 90) AND VACATE REVOCATION HEARING (ECF NO. 110)** |
| v. | |
| ALEJANDRO LECHUGA, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Alejandro Lechuga, that the Petition to Revoke Supervised Release (ECF No. 90), filed on September 4, 2020, be dismissed and the Revocation Hearing (ECF No 110), scheduled for June 16, 2021, at 10:00 a.m., be vacated.

This Stipulation is entered into for the following reasons:

1. Mr. Lechuga has been on supervised release since August 18, 2016, and is set to expire on August 17, 2021. The allegations contained in the Petition to Revoke Supervised

Release ("the petition") are currently subject to Nevada state court proceedings set for trial on August 23, 2021, in case number C-21-353977-1.

2. Prior to the filing of the petition, Mr. Lechuga had no violations while on supervision. After the petition was filed, Mr. Lechuga was subject to two days of federal custody and his release conditions were modified to include location monitoring where he was ordered to wear a GPS ankle monitor for 90 days. To date, Mr. Lechuga has incurred no additional violations.

3. Given that Mr. Lechuga was subject to some corrective measures as a result of the petition, that he will be contesting state criminal charges at a trial beyond the expiration of his supervised release term, and his overall conduct while on supervision over the last five years, the parties agree that there is no need to continue with the petition.

4. U.S. Probation Officer Matthew Martinez agrees with the dismissal of the petition.

5. Mr. Lechuga is out of custody and agrees with the dismissal of the petition.

6. The parties agree to the dismissal of the petition.

This is the first request to dismiss the petition and vacate the revocation hearing.

DATED this 14th day of June, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|    /s/ Brandon C. Jaroch<br>By_____<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender |    /s/ Shaheen Torgoley<br>By_____<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO LECHUGA,<br><br>　　　　Defendant. | Case No. 2:11-cr-00174-JCM-CWH<br><br>**ORDER** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to vacate the revocation hearing and dismiss the petition without prejudice.

　　　IT IS THEREFORE ORDERED that the revocation hearing (ECF No. 110) scheduled for June 16, 2021, at 10:00 a.m. is VACATED.

　　　IT IS FURTHER ORDERED that the supervised release petition (ECF No. 90) is DISMISSED without prejudice.

　　　DATED June 14, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE